

Court of Appeals, First District
301 Fannin Street
Houston, Texas 77002-2066

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

NOV 13 2015

CHRISTOPHER A. PRINE
CLERK

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

US POSTAGE >> PITNEY BOWES

ZIP 77002 $ 000.48⁵
02 1W
0001372104 OCT. 27. 2015

7874528665 78



CASE NO. 01-15-00372-CV
LU SHANNON SORGMAN
5304-D SAINT GEORGES GREEN
AUSTIN

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED



# JUDGMENT

## Court of Appeals

## First District of Texas

NO. 01-15-00372-CV

LU SHANNON SORGMAN, Appellant

V.

JASON MUSICK AND STEVEN PRATER DBA CAPITAL CITY REAL ESTATE INVESTMENT, Appellees

Appeal from the County Court at Law No. 2 of Travis County.
(Tr. Ct. No. C-1-CV-15-002112).

This is an appeal from the judgment signed by the court below on March 31, 2015. Appellant, Lu Shannon Sorgman, did not timely file a brief. After being notified that this appeal was subject to dismissal, appellant did not adequately respond. It is therefore **CONSIDERED, ADJUDGED,** and **ORDERED** that the appeal be **dismissed** for want of prosecution.

The Court **orders** that this decision be certified below for observance.

Judgment rendered October 27, 2015.

Per curiam opinion delivered by panel consisting of Justices Jennings, Higley, and Brown.



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-15-00372-CV

———————————

## LU SHANNON SORGMAN, Appellant

## V.

## JASON MUSICK & STEVEN PRATER DBA CAPITAL CITY REAL ESTATE INVESTMENT, Appellees

———————————

### On Appeal from the County Court at Law No. 2
### Travis County, Texas
### Trial Court Case No. C-1-CV-15-002112

———————————

## MEMORANDUM OPINION

Appellant, Lu Shannon Sorgman, has failed to timely file a brief. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure of appellant to file brief). After being notified that this appeal was subject to

dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal of case).

We dismiss the appeal for want of prosecution for failure to timely file a brief. We dismiss any pending motions as moot.


**PER CURIAM**


Panel consists of Justices Jennings, Higley, and Brown.